**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tyrone DAVIS, Defendant–Appellant.**

No. 13–30133.

United States Court of Appeals, Ninth Circuit.

Aug. 6, 2015.

Michael Symington Morgan, Assistant U.S., Helen J. Brunner, Esquire, Assistant

U.S., Richard Edward Cohen, Assistant U.S., Sarah Y. Vogel, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, Gregory Gruber, Esquire, Assistant U.S., Office of the U.S. Attorney, Tacoma, WA, for Plaintiff–Appellee.

Nathaniel Garrett, Esquire, Jones Day, San Francisco, CA, Anna Marie Tolin, Law Office of Anna M. Tolin, Seattle, WA, for Defendant–Appellant.

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.